UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc., Asset Backed Pass through Certificates, Series 2005-W5, under the Pooling and Servicing Agreement dated as of November 1, 2005, without recourse | CASE NO. 1:07-cv-384 |
| | JUDGE DONALD C. NUGENT |
| | **JUDGMENT** |
| Plaintiff | |
| -vs- | |
| Robin Hood, et al. | |
| Defendant(s) | |

The Court has filed its Order granting Plaintiff's Motion for Default Judgment and entering Judgment and a Decree in Foreclosure in this action.  Accordingly, this action is terminated.  The Court retains jurisdiction to take all steps necessary to implement the judgment in accordance with General Order No. 2006-16.

**IT IS SO ORDERED.**

                                          */s/Donald C. Nugent*
                                          JUDGE DONALD C. NUGENT

DATE**:**   July 19, 2007